# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRANDON LAMAR PRUITT,<br><br>　　　　Defendant. | Case No.: 2:16-mj-563-NJK<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEQUENDUM FOR<br>BRANDON LAMAR PRUITT(ID# 7025922) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said BRANDON LAMAR PRUITT before the United States District Court at Las Vegas, Nevada, on or about __Friday 9/23/2016__, at the hour of __3:00__ ~~a.m.~~/p.m. for an Initial Appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 20, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ELHAM ROOHANI
3  Nevada Bar No. 12080
   Assistant United States Attorney
4  501 Las Vegas Boulevard South
   Suite 1100
5  Las Vegas, Nevada  89101
   702-388-6336
6  Elham.Roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRANDON LAMAR PRUITT,<br><br>    Defendant. | Case No.: 2:16-mj-563-NJK<br><br>PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR BRANDON LAMAR PRUITT(ID# 7025922) |

15    The petition of the United States Attorney for the District of Nevada respectfully shows

16 that BRANDON LAMAR PRUITT is committed by due process of law in the custody of the

17 Warden, CLARK COUNTY DETENTION CENTER, 330 S. Casino Center Blvd., Las Vegas,

18 Nevada 89101, that it is necessary that the said BRANDON LAMAR PRUITT be temporarily

19 released under a Writ of Habeas Corpus Ad Prosequendum so that the said BRANDON LAMAR

20 PRUITT may be present before the United States District Court for the District of Nevada, at Las

21 Vegas, Nevada, on __Friday 9/23/2016__, at the hour of __3:00__ a.m./p.m., for an Initial

22 Appearance and from time to time and day to day thereafter until excused by the said Court.

| | |
|---|---|
| 1 | That the presence of the said BRANDON LAMAR PRUITT before the United States |
| 2 | District Court on or about  Friday 9/23/2016 , at the hour of  3:00  a.m./p.m., for an |
| 3 | Initial Appearance and from time to time and day to day thereafter until excused by the Court has |
| 4 | been ordered by the United States Magistrate or District Judge for the District of Nevada. |

     That the presence of the said BRANDON LAMAR PRUITT before the United States District Court on or about Friday 9/23/2016, at the hour of 3:00 a.m./p.m., for an Initial Appearance and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

     WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, CLARK COUNTY DETENTION CENTER, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101, and to the United States Marshal for the District of Nevada, commanding them to produce the said BRANDON LAMAR PRUITT before the United States District Court on or about Friday 9/23/2016, at the hour of 3:00 a.m./p.m., for an Initial Appearance and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, CLARK COUNTY DETENTION CENTER, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101.

     DATED this 20th day of September, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Elham Roohani*
ELHAM ROOHANI
Assistant United States Attorneys